UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIDOL C. MENDONES,

Plaintiff,

v.

WADE LITIGATION, et al.,

Defendants.

Case No.  25-cv-09490-LJC

**ORDER REGARDING MOTION FOR APPOINTMENT OF COUNSEL AND STAYING DISCOVERY**

Re: Dkt. No. 39

Self-represented Plaintiff Maridol Mendones has filed an Application for Appointment of Pro Bono Counsel.  ECF No. 39.  That application is GRANTED IN PART as follows.  The Court hereby refers Plaintiff to the Federal Pro Bono Project to schedule an appointment for assessment of eligibility for appointment of pro bono counsel.  Plaintiff is ORDERED to contact the Federal Pro Bono Project no later than May 4, 2026 by phone (415-782-8982) or email (fedpro@sfbar.org) to request the assessment in accordance with this Order.

 Plaintiff is advised that this referral is for eligibility assessment only, and it does not guarantee that counsel will be appointed.  If counsel is appointment, the appointment may be for a limited scope.  For example, counsel might be appointed only to represent Plaintiff through the upcoming early settlement conference.  Counsel also might not be appointed at all, even if Plaintiff is determined to be eligible.

Discovery is STAYED pending Plaintiff's evaluation, and Plaintiff need not appear for a deposition as noticed by Defendants.  Following either appointment of counsel or a determination that appointment of counsel is not warranted or not feasible, the Court will consider whether it is appropriate to lift that stay before the settlement conference.

This Order is not an endorsement of the merits of Mendones's claims, the Court's subject

United States District Court
Northern District of California

matter jurisdiction over this action, or any of the arguments raised in Mendones's briefs on the present application. This Order reflects only the Court's determination that a just and efficient resolution of this action may benefit from appointment of counsel.

**IT IS SO ORDERED.**

Dated: April 28, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge