UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIDOL C. MENDONES,<br><br>Plaintiff,<br><br>v.<br><br>WADE LITIGATION, et al.,<br><br>Defendants. | Case No. 25-cv-09490-LJC<br><br>**ORDER REGARDING PLAINTIFF'S APPLICATION TO EXTEND DEPOSITION DEADLINE AND MOTION FOR PROTECTIVE ORDER**<br><br>Re: Dkt. Nos. 47, 48 |

The Court finds Plaintiff's recent Application and Motion, ECF Nos. 47 and 48, suitable for resolution without further briefing to ensure that these issues do not continue as a distraction prior to the settlement conference. Plaintiff has applied for a 45-day extension of the "deposition deadline" so that she may continue efforts to obtain representation. ECF No. 47. The presiding judge has not set a deadline for a deposition or a fact discovery deadline, though the settlement judge has instructed the parties it is the responsibility of counsel to ensure that whatever discovery is needed for all sides to evaluate the case for settlement purposes is completed by the date of the settlement conference. It is not clear from Plaintiff's Application whether Defendants have noticed a date for her deposition, though it appears, based on her Motion for a Protective Order, it appears that Defendants previously noticed Plaintiff's deposition and seek to hold that deposition no later than May 18, 2026. ECF No. 48 at 23. Considering that Plaintiff has been seeking counsel and would benefit from counsel, though she has also had many months to retain her own counsel, and given that Defendants are seeking the discovery that they believe is necessary to evaluate the case, the Court orders the following. Plaintiff's application for a 45-day extension of the deposition deadline is construed as an application for a discovery protective order. The application is DENIED IN PART and GRANTED IN PART. No deposition shall be held before

May 26, 2026, to allow Plaintiff additional time to retain counsel. In the days leading up to the settlement conference, on May 26 or 27, 2026, Defendants may depose Plaintiff for a maximum of two hours either in person or via Zoom, whether or not Plaintiff has retained counsel. The parties shall cooperate in determining the date, time, place and manner in which the deposition is conducted (in person or via Zoom). If the case does not settle Defendants will be entitled to reopen the deposition to use their remaining time.

**IT IS SO ORDERED.**

Dated: May 15, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California

2