UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIDOL C. MENDONES,

Plaintiff,

v.

WADE LITIGATION, et al.,

Defendants.

Case No.  25-cv-09490-LJC

**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff Maridol Mendones, pro se, brings this action arising out of a contract for legal services that she claims Defendants wrongfully repudiated.  She names as Defendants the law firm Wade Litigation, its principal attorney Amiel Wade, and non-attorney staff member Kelley Luchs.  Defendants moved to dismiss for failure to state a claim on which relief may be granted, ECF No. 15, and later indicated that they wished to "amend their motion to dismiss to include lack of [subject matter] jurisdiction as an additional ground," ECF No. 26 at 2.  On June 4, 2026, the Court ordered Mendones to show cause why the case should not be dismissed for lack of subject matter jurisdiction.  ECF No. 52.  Mendones filed a response on June 15, 2026 seeking leave to amend her Complaint to more clearly allege the amount in controversy for diversity jurisdiction and to remove a reference to inapplicable claim under ERISA.  ECF No. 54.

With both sides having sought to leave to amend their respective filings, it appears the case would benefit from allowing all parties to present their best arguments.  Mendones may file a first amended complaint no later than July 6, 2026.  The first amended complaint will completely replace Mendones's original Complaint.  It therefore must name all of the defendants she wishes to sue, assert all of the claims she wishes to bring, and include the relevant factual allegations supporting those claims.  The first amended complaint may not incorporate the original Complaint

United States District Court
Northern District of California

by reference.  Mendones is encouraged to consider all arguments presented in Defendants' Motion to Dismiss and all points raised in the Court's previous Order to Show Cause.

If Mendones files a first amended complaint by the deadline stated above, the Court will deny as moot Defendants' currently pending Motion to Dismiss the original Complaint, without prejudice to any argument Defendants might raise in response to the first amended complaint. Defendants shall respond to the first amended complaint in due course.

This Order should not be construed as expressing any opinion on whether the arguments presented in Mendones's response to the Order to Show Cause would be sufficient to establish diversity jurisdiction if alleged in an amended complaint.  If Defendants move to dismiss the first amended complaint on that basis, the Court will address that issue at that time.  The Case Management Conference set for June 25, 2026 is continued to August 20, 2026.

**IT IS SO ORDERED.**

Dated: June 22, 2026

LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California